

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2014

No. 04-14-00606-CV

**ARGO GROUP US, INC.**, Colony Management Services, Inc., Colony Insurance Company, Colony National Insurance Company, Colony Specialty Insurance Company, Colony Agency Services, Inc., and Argo Group International Holdings, Ltd.,
Appellants

v.

Louis D. **LEVINSON**, International Financial Group, Inc., Guilford Specialty Group, Inc., Guilford Insurance Company, and The Burlington Insurance Company,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-09550
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellee's first amended unopposed motion for admission of Anthony Herman pro hac vice is hereby GRANTED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court